*Messrs. J. M. McCormick* and *Paul Carrington* for petitioner. *Mr. Walter F. Seay* for respondent.

———

No. 987. JOHN DEFORE *v.* THE PEOPLE OF THE STATE OF NEW YORK. March 15, 1926. Petition for writ of certiorari to the Court of General Sessions, New York County, State of New York, denied. *Mr. James Marshall* for petitioner. *Messrs. Felix C. Benvenga* and *Joab H. Banton* for respondent.

———

No. 1020. GERALD CHAPMAN *v.* H. K. W. SCOTT. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ray M. Wiley* for petitioner. *Mr. Hugh M. Alcorn* for respondent.

———

No. 238. DUREZ COMPANY, INC. *v.* BAKELITE CORPORATION. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. March 15, 1926. Dismissed with costs, per stipulation of counsel. *Messrs. George E. Cruse* and *Alan L. Lane* for petitioner. *Messrs. Charles Neave* and *Charles H. Potter* for respondent.

———

No. 650. DORA E. ROOKER AND WILLIAM V. ROOKER *v.* FIDELITY TRUST COMPANY AND FIDELITY TRUST COMPANY, AS TRUSTEE OF THE ESTATE OF DORA E. ROOKER. See *ante,* p. 633.

———

No. 997. DOROTHY FERGUSON *v.* DISTRICT OF COLUMBIA. See *ante,* p. 633.

———

No. 971. MARCELLA DE CASTRO, LAWFUL WIFE AND HEIR, *v.* ANTONIA FERNANDEZ, AS ADMINISTRATRIX AND AS